**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CLARK A. HULS,                                      Case No.: 6:11-cv-341-Orl-35KRS

    Plaintiff,

v.

B&E ELECTRICAL, INC., B&E ELECTRICAL
OF SC, INC. and WILLIAM R. VENO,

    Defendants.
_____/

## NOTICE OF SPECIAL APPEARANCE

COMES NOW, Robert L. Simon, Jr., Esq., of the law firm of Winderweedle, Haines, Ward & Woodman, P.A., and hereby files this Notice of Special Appearance as to contest personal jurisdiction in the above-styled action as Counsel on behalf of Defendant, WILLIAM R. VENO, and requests that all parties and the Court serve any and all pleadings, correspondence, and papers filed in the above captioned action to the undersigned at the address shown in the signature block below.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2011, I electronically filed the foregoing with the Clerk of the Courts by using the ECF System which will send a notice of electronic filing to Clark A. Huls, *pro se*, 2862 Pine Avenue, Mims, Florida 32754.

        **WINDERWEEDLE, HAINES, WARD AND WOODMAN, P.A.**
329 N Park Avenue, Second Floor
P.O. Box 880
Winter Park, FL 32790-0880
Telephone (407)246-8689
Facsimile (407)645-3728
*Michael Carolan, Esq.*
Florida Bar No. 51998
*Robert L. Simon, Esq.*
Florida Bar No. 92721


By: s/   Robert L. Simon, Jr., Esq.
     Robert L. Simon, Jr., Esq.