**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CLARK A. HULS,**

    **Plaintiff,**

v.                                                **Case No. 6:11-cv-341-Orl-35KRS**

**B&E ELECTRICAL, INC.,** *et al.*,

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant William R. Veno's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction (Dkt. 9) and Defendant B&E Electrical of SC, Inc.'s Motion to Dismiss Plaintiff's Complaint for Lack of Subject Matter Jurisdiction (Dkt. 10), both filed on August 26, 2011.  The Court notes that the Certificate of Service in both motions provides:

> I hereby certify that on August 26, 2011, I electronically filed the foregoing with the Clerk of the Courts by using the ECF System which will send a notice of electronic filing to Clark A. Huls, *pro se*, 2862 Pine Avenue, Mims, Florida 32754.

(Dkt. 9 at 7; Dkt. 10 at 2-3)   Pursuant to this Court's Administrative Procedures for Electronic Filing in Civil and Criminal Cases:

> Certificate of Service: A certificate of service must be included with each document filed electronically indicating how service was accomplished on each party. The filer must serve in accordance with the Federal Rules of Civil and Criminal Procedure **a paper copy of any electronically filed document on a party not registered to file electronically**. Sample language for a certificate of service is attached to these procedures as Form

B.[1]

ADMIN. P. at 5, *available at* www.flmd.uscourts.gov. (emphasis added) A review of the record in this case reveals that Plaintiff Clark A. Huls is proceeding *pro se* and is not registered to file electronically on CM/ECF. Accordingly, because Defendants' respective Motions to Dismiss (Dkts. 9, 10) were not properly served on Plaintiff, they must be **STRICKEN**.

Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

(1) The **CLERK** is **DIRECTED** to **STRIKE** Defendant William R. Veno's Motion to Dismiss Plaintiff's Complaint (Dkt. 9) and Defendant B&E Electrical of SC, Inc.'s Motion to Dismiss Plaintiff's Complaint (Dkt. 10);

(2) Defendants shall properly serve their motions to dismiss by mailing a paper copy of the same to Plaintiff at the address listed on CM/ECF; and,

(3) Plaintiff is advised that no response to Defendants' motions is required until he is properly served with the same.

**DONE** and **ORDERED** in Orlando, Florida this 9th day of September 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record; Any Unrepresented Parties

---

[1] Form B provides:

I hereby certify that on (date), I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:_____.

ADMIN. P. at 16, *available at* www.flmd.uscourts.gov.