United States District Court
Middle District of Florida

FILED
2011 SEP -9 PM 1:15

| | |
|---|---|
| CLARK A. HULS | ) Case No.: 611-cv-00341-MSS-KRS |
| | ) |
| | ) Court Date: at |
| Plaintiff | ) |
| v. | ) |
| B&E ELECTRICAL, INC., B&E ELECTRICAL OF | ) |
| SC, INC., AND WILLIAM R. VENO | ) |
| | ) |
| Defendant | ) |

## AFFIDAVIT OF CORPORATE SERVICE

That I, Darryl Newman, hereby solemnly declare under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That on August 04, 2011 at 2:00 PM at 1201 Hayes St Tallahassee, Fl. 32301 I served B&E Electrical of SC, Inc. with the following list of documents: Summons, Civil Cover Sheet, Complaint, Appendix by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with Monica Gross, whose Title is Secretary.

That Monica Gross stated he/she had the authority to accept as the Legal Representative for the above listed person or entity.

That the description of the person actually served is as follows:

Gender: Female     Race/Skin: Black     Hair: Black     Glasses: Yes     Age: 40     Height: 5'4     Weight: 160

That the fee for this service is $108.90

_____
Darryl Newman
Due ProcessUSA, Inc.
8950 Route 108, Suite 100
Columbia, MD 21045
(800) 228-0484

Executed on: 8/18/11

Subscribed and sworn to before me, a notary public, on this 18th day of August, 2011.

_____
Notary Public

My Commission Expires: 7 25 2013

ID: 11-042718                                                                                       Client Reference: Huls/Clark Huls v. B&E Electrical, Inc a SC Corp.