United States District Court
Middle District of Florida

FILED

CLARK A. HULS ) Case No.: 611-cv-00341-MSS-KRS
)  2011 SEP -9  PM 1:15
)
)
Plaintiff )
v. )
B&E ELECTRICAL, INC. ET AL )
)
)
)
Defendant )

## AFFIDAVIT OF SERVICE

That I, __R. L. MILLER__ hereby solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

That on __8/5/11__ at __935__ (AM)/PM at the address of __1863 ROYLE ROAD SUMMERVILLE, SC 29483__

That I served B&E Electrical, INC with the following list of documents: Summons, Civil Cover Sheet, Complaint, Appendix on B&E Electrical, INC by then and there personally delivering a true and correct copy of the documents in one of the following manners;

**X** By personally delivering the documents in hand to B&E Electrical, INC

__ By personally delivering a true and correct copy of the documents into the hands of and leaving with _____, whose relationship to the person being served is _____, and that the address above is the dwelling house or usual place of abode of the person being served and that the person having left the documents with is known to the undersigned to be a member of the household who resides therein with the person being served and was of suitable age and discretion

__ By personally delivering a true and correct copy of the documents to _____, whose Title is _____. That this person served stated they had the authority to accept as the Legal Representative for the above listed entity being served.

Approximate description of person served: Skin: __W__ Sex: __M__ Age: __50__ Height: __5'11__ Weight: __200__ Hair: __BROWN__ Glasses: __NO__

That the fee for serving this document is: $108.90

Due ProcessUSA, Inc.
8950 Route 108, Suite 100
Columbia, MD 21045
(800) 228-0484

Executed on: __8-5-2011__

Subscribed and sworn to before me, a notary public, on this __5TH__ day of __AUGUST__, 2011.

Notary Public

My Commission Expires: __12-04-17__

ID: 11-042717                                                         Client Reference: Huls/Clark Huls v. B&E Electrical, Inc, a SC Corp