UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLARK A. HULS,                              CASE NO.: 6:11-cv-341-Orl-35KRS

    Plaintiffs,

v.

B&E ELECTRICAL, INC., et al.,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WILLIAM VENO[1]**

I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a)    **Plaintiff, Clark A. Huls**
    b)    **Defendant, B&E Electrical, Inc.**
    c)    **Defendant, B&E Electrical of SC, Inc.**
    d)    **Defendant, William R. Veno**
    e)    **Defendants' attorneys, Winderweedle, Haines, Ward & Woodman, P.A.**

---

[1] Presently pending before the Court is Defendant William R. Veno's Motion to Dismiss for Lack of Personal Jurisdiction (the "MTD"). This Certificate of Interested Persons and Corporate Disclosure is made through counsel and by way of a special appearance for the limited purpose of contesting jurisdiction.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known at this time.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known at this time.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Plaintiff, Clark A. Huls**

//

//

//

//

//

//

//

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011, I electronically filed the foregoing with the Clerk of the Courts by using the ECF System and will send a copy via email to Clark A. Huls, *pro se*.[2]

**WINDERWEEDLE, HAINES, WARD AND WOODMAN, P.A.**
329 N Park Avenue, Second Floor
P.O. Box 880
Winter Park, FL 32790-0880
Telephone (407)246-8689
Facsimile (407)645-3728
*Michael Carolan, Esq.*
Florida Bar No. 51998
mcarolan@whww.com
*Robert L. Simon, Esq.*
Florida Bar No. 92721
rsimon@whww.com

By: s/   Michael Carolan, Esq.
Michael Carolan, Esq.

---

[2] Mr. Huls has agreed in writing to accept service via e-mail pursuant to *Fed.R.Civ.P. 5.(b)(2)(E)*.