UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLARK A. HULS,                                          CASE NO.: 6:11-cv-341-Orl-35KRS

    Plaintiffs,

v.

B&E ELECTRICAL, INC., B&E ELECTRICAL
OF SC, INC., and WILLIAM R. VENO,

    Defendants.

_____/

**NOTICE OF PENDENCY OF OTHER ACTION BY DEFENDANT**
**WILLIAM VENO[1]**

In accordance with Local Rule 1.04(d) and pursuant to this Court's Related Case Order and Track Two Notice (Doc. 3), I certify that the instant action:

_____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT      related to any pending or closed civil or criminal case filed with this court, or any other Federal or State court, or

---

[1] Presently pending before the Court is Defendant William R. Veno's Motion to Dismiss for Lack of Personal Jurisdiction (the "MTD"). This Notice of Pendency of Other Action is made through counsel and by way of a special appearance for the limited purpose of contesting jurisdiction.

administrative agency.

## CERTIFICATE OF SERVICE

which I hereby certify that on September 9, 2011, I electronically filed the foregoing with the Clerk of the Courts by using the ECF System and will send a copy via email to Clark A. Huls, *pro se*.[2]

                                             **WINDERWEEDLE, HAINES, WARD AND WOODMAN, P.A.**
329 N Park Avenue, Second Floor
P.O. Box 880
Winter Park, FL 32790-0880
Telephone (407)246-8689
Facsimile (407)645-3728
*Michael Carolan, Esq.*
Florida Bar No. 51998
mcarolan@whww.com
*Robert L. Simon, Esq.*
Florida Bar No. 92721
rsimon@whww.com

By: s/   Michael Carolan, Esq.
     Michael Carolan, Esq.

---

[2] Mr. Huls has agreed in writing to accept service via e-mail pursuant to *Fed.R.Civ.P. 5.(b)(2)(E)*.