UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


CLARK A. HULS,                                CASE NO.: 6:11-cv-341-Orl-35KRS

      Plaintiffs,

v.

B&E ELECTRICAL, INC., B&E ELECTRICAL
OF SC, INC., and WILLIAM R. VENO,

      Defendants.

_____/

**NOTICE OF PENDENCY OF OTHER ACTION BY DEFENDANTS**
**B&E ELECTRICAL, INC., B&E ELECTRICAL OF SC, INC.,**

In accordance with Local Rule 1.04(d) and pursuant to this Court's Related

Case Order and Track Two Notice (Doc. 3), I certify that the instant action:

**_____   IS**        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

**_X_   IS NOT**      related to any pending or closed civil or criminal case filed with this court, or any other Federal or State court, or administrative agency.

**CERTIFICATE OF SERVICE**

which I hereby certify that on September 9, 2011, I electronically filed the

foregoing with the Clerk of the Courts by using the ECF System and will send a copy

via email to Clark A. Huls, *pro se.*[1]

 

                    **WINDERWEEDLE, HAINES, WARD
AND WOODMAN, P.A.**
329 N Park Avenue, Second Floor
P.O. Box 880
Winter Park, FL 32790-0880
Telephone (407)246-8689
Facsimile (407)645-3728
*Michael Carolan, Esq.*
Florida Bar No. 51998
mcarolan@whww.com
*Robert L. Simon, Esq.*
Florida Bar No. 92721
rsimon@whww.com

By: s/  Michael Carolan, Esq.
Michael Carolan, Esq.

---

[1]Mr. Huls has agreed in writing to accept service via e-mail pursuant to *Fed.R.Civ.P.
5.(b)(2)(E)*.