# UNITED STATES DISTRICT COURT
### FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FILED

2011 SEP 12   AM 8: 52

CLARK A. HULS,
    Plaintiff,

-v-

B&E ELECTRICAL, INC.,
*a South Carolina Corporation,*
B&E ELECTRICAL OF SC, INC.,
*a Florida Corporation, and*
WILLIAM R. VENO, *an individual*
*who is an officer of both corporations,*
    Defendants.

Civil Action No.:
6:11-cv-00341-MSS-KRS

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
## B&E ELECTRICAL OF SC, INC.

COMES NOW, Plaintiff Clark A. Huls, *pro se*, and dismisses all charges against defendant B&E ELECTRICAL OF SC, INC., *a Florida Corporation*, pursuant to Fed.R.Civ.P 41.(a)(1)(A)(i).   The Plaintiff maintains this action against B&E ELECTRICAL, INC., *a South Carolina Corporation*, and WILLIAM R. VENO, *an individual* who is an officer of both corporations.

### CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

Clark A. Huls,
2862 Pine Avenue
Mims, Florida 32754
Telephone: (321) 576-7829
Email: clarkhuls@gmail.com