

FILED

2011 SEP 22 AM 11:33

US DISTRICT COURT
DISTRICT OF
FLORIDA

# UNITED STATES DISTRICT COURT
FOR THE
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CLARK A. HULS,
    Plaintiff,

-v-

B&E ELECTRICAL, INC.,
*a South Carolina Corporation,*
B&E ELECTRICAL OF SC, INC.,
*a Florida Corporation, and*
WILLIAM R. VENO, *an individual
who is an officer of both corporations,*
    Defendants.

Civil Action No.:
6:11-cv-00341-MSS-KRS

### PLAINTIFF'S RESPONSE TO B&E ELECTRICAL, INC. AND
### B&E ELECTRICAL OF SC INC.'S MOTION TO DISMISS (DOC 19)

COMES NOW, Plaintiff Clark A. Huls ("HULS"), *pro se*, in response to the motion to dismiss (Doc 19) filed on behalf of B&E ELECTRICAL, INC., *a South Carolina Corporation* ("B&E") and B&E ELECTRICAL OF SC, INC., *a Florida corporation* ("BESC"). In support thereof the Plaintiff states the following:

1.     BESC has been voluntarily dismissed from this case by the Plaintiff (Doc 24) and therefore this motion should be denied as moot.

2.     Contrary to Defendant William Veno's assertions in his motion to dismiss (Doc 18), BESC did not have a financial role in the actions set forth in HULS's Complaint.

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September 2011, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

_____
Clark A. Huls,
2862 Pine Avenue
Mims, Florida 32754
Telephone: (321) 576-7829
email: clarkhuls@gmail.com

Case 6:11-cv-00341-MSS-KRS   Document 27   Filed 09/22/11   Page 2 of 2 PageID 133