**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CLARK A. HULS,   Case No.: 6:11-cv-341-Orl-35KRS

    Plaintiff,

v.

B&E ELECTRICAL, INC., B&E ELECTRICAL
OF SC, INC. and WILLIAM R. VENO,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR COSTS OF SERVICE**

COMES NOW, B&E ELECTRICAL, INC., a South Carolina corporation ("B&E"), B&E OF SC, INC., a Florida corporation ("BESC" together with B&E the "Defendants"), through counsel, hereby files this Response to Plaintiff's Opposed Motion for Costs of Serving Process (D.E. #17)(the "Motion for Costs"), and states as follows:

1. On September 9, 2011, Plaintiff filed the Motion for Costs. Defendants' response to the Motion for Costs was due September 23, 2011.

2. Subsequent to Defendants' initial response, but prior to the filing of the Motion for Costs, Defendants advised Plaintiff they would pay the amount

1

claimed, $440.91, rather than spend much greater sums to litigate the issue.

3. Plaintiff stated he would not withdraw the Motion for Costs until a check from Defendants' counsel's trust account was received, and Defendants agreed to deliver a check in the form requested.

4. On September 23, 2011, the parties agreed Defendants' counsel would deliver the check to Plaintiff at the case management report meeting scheduled for September 29, 2011.

5. Defendants' counsel will file a certification of delivery with the Court following the September 29, 2011 meeting.

6. Defendants file this Response for the purpose of advising the Court as to the agreement between the parties.

//

//

//

//

//

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2011, I electronically filed the foregoing with the Clerk of the Courts by using the ECF System and sent a copy via email to Clark A. Huls, *pro se*.[1]

**WINDERWEEDLE, HAINES, WARD AND WOODMAN, P.A.**
329 N Park Avenue, Second Floor
P.O. Box 880
Winter Park, FL 32790-0880
Telephone (407)246-8689
Facsimile (407)645-3728
*Michael Carolan, Esq.*
Florida Bar No. 51998
mcarolan@whww.com
*Robert L. Simon, Esq.*
Florida Bar No. 92721
rsimon@whww.com
Counsel for Defendants

By: s/   Michael Carolan, Esq.
Michael Carolan, Esq.

---

[1] Mr. Huls has agreed in writing to accept service via e-mail at clarkhuls@gmail.com pursuant to *Fed.R.Civ.P. 5.(b)(2)(E)*.